FILE COPY

No. 07-13-00399-CR

| | | |
|---|---|---|
| Anthony Bernard Wingfield<br>  Appellant | § | From the 46th District Court<br>  of Wilbarger County |
| | § | |
| v. | | November 24, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 24, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o